(https://inbiz.in.gov) 

## Business Details

Print Entity Details

| | | | |
|---|---|---|---|
| Business Name: | **MED-1 SOLUTIONS, LLC** | Business ID: | **2003042100115** |
| Entity Type: | **Domestic Limited Liability Company** | Business Status: | **Active** |
| Creation Date: | **04/17/2003** | Inactive Date: | |
| Principal Office Address: | **517 US Highway 31 N, Greenwood, IN, 46142 - 2090, USA** | Expiration Date: | **Perpetual** |
| Jurisdiction of Formation: | **Indiana** | Business Entity Report Due Date: | **04/30/2025** |
| | | Years Due: | |

## Governing Person Information

| Title | Name | Address |
|---|---|---|
| Member | William Joe Huff II | 517 US Highway 31 N, Greenwood, IN, 46142, USA |

Page 1 of 1, records 1 to 1 of 1

## Registered Agent Information

Type: **Individual**
Name: **WILLIAM J. HUFF**
Address: **517 US Highway 31 N, Greenwood, IN, 46142, USA**

Back    Return to Search         Filing History    Name History    Assumed Name History

Certified Copies Request

