

# NMLS consumer access

## Med-1 Solutions, LLC

| | | | |
|---|---|---|---|
| NMLS ID: 1034529 | Street Address: 517 US Hwy 31 North, Greenwood, IN 46142 | Phone: 317-883-5600 | Website: www.med1solutions.com |
| | Mailing Address: 517 US Hwy 31 North, Greenwood, IN 46142 | Toll-Free Number: 800-781-0486 | Email: nicholas.moline@revonecompanies.com |
| | | Fax: 317-883-5602 | |

Other Trade Names : None
Prior Other Trade Names : None
Prior Legal Names : None
Sponsored MLOs : 0

Fiscal Year End: 12/31   Formed in: Indiana, United States   Date Formed: 04/17/2003   Stock Symbol: None   Business Structure: Limited Liability Company

Regulatory Actions : None posted in NMLS.

### Branch Locations  No Branch Locations in NMLS

### State Licenses/Registrations  (Displaying 1 Active of 2 Total)

| Regulator | Lic/Reg Name | Authorized to Conduct Business | Consumer Complaint |
|---|---|---|---|
| Indiana-SOS | Collection Agency License | Yes | Submit to Regulator |

### Regulatory Actions

While some state and federal agencies may add actions taken in previous years against a licensee, the majority are adding only new actions from 2012 or later. To view complete information regarding regulatory actions posted by the agency, click any regulator link.

No regulatory actions have been posted in NMLS.

Information made available through NMLS Consumer Access℠ is derived from NMLS (Nationwide Multistate Licensing System / Nationwide Mortgage Licensing System and Registry), the financial services industry's online registration and licensing database. NMLS was created by the Conference of State Bank Supervisors (CSBS) and the American Association of Residential Mortgage Regulators (AARMR) and is owned and operated by the State Regulatory Registry LLC (SRR), a wholly owned subsidiary of CSBS. For more information about the System, please visit the NMLS Resource Center or the NMLS Federal Registry Resource Center websites. | Download PDF Reader



EXHIBIT C