

Today

9:12 AM  Missed Call

Calls with a checkmark have been verified by the carrier.

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Block Caller

    
Favorites   Recents   Contacts   Keypad   Voicemail



11:19 .ıl 5G 76

‹ Voicemail

**+1 (855) 825-6658**
unknown
October 8, 2024 at 9:13 AM

0:00                                           -0:17

Transcription
"Hello we have an important message from MedOne solutions please contact any of our patient advocates at 1-855-825-6658 thank you..."

Was this transcription useful or not useful?

    

Favorites   Recents   Contacts   Keypad   Voicemail