

## THE LAW FIRM OF
## PHILIPPS & PHILIPPS, LTD.

David J. Philipps
    davephilipps@aol.com
Mary E. Philipps
    mephilipps@aol.com
Angie K. Robertson
    angie@philippslegal.com

October 8, 2024

Med-1 Solutions, LLC
517 US Highway 31 North
Greenwood, Indiana 46142

Re:   **Sheaundra Graves**, ███████████████████
      **SSN** ████████   **Phone Number** ████████

To Whom It May Concern:

I, along with my co-counsel, John Steinkamp, represent Ms. Graves regarding your attempts to collect a defaulted consumer debt from her. Our client has previously told you to stop contacting her between the hours of 8 a.m. and 6 p.m. Because you continued to contact her, our client now disputes this debt, refuses to pay, and is represented by counsel. Accordingly, we demand that you stop your collection actions and stop contacting her regarding this debt.

Very truly yours,

David J. Philipps
DJP:amt

Cc:   John T. Steinkamp
      John Steinkamp & Associates
      5214 S. East Street, Suite D1
      Indianapolis, Indiana 46227

9760 South Roberts Road, Suite One, Palos Hills, Illinois 60465
708.974.2900   Fax 708.974.2907
www.philippslegal.com



EXHIBIT E



PITNEY BOWES
$0.69 0
US POSTAGE
FIRST-CLASS
026W0002312159
2000263507
ZIP 60465
OCT 08 2024

Med-1 Solutions, LLC
517 US Highway 31 North
Greenwood, Indiana 46142

THE LAW FIRM OF
PHILIPPS & PHILIPPS, LTD.
9760 South Roberts Road, Suite One, Palos Hills, Illinois 60465