AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| Sheaundra Graves,<br><br>*Plaintiff*<br>v.<br>Med-1 Solutions, LLC, an Indiana limited liability company,<br>*Defendant* | )<br>)<br>)<br>)  Civil Action No.  1:24-cv-1797<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Med-1 Solutions, LLC
c/o William J. Huff, registered agent
517 US Highway 31 N
Greenwood, Indiana 46142

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, Kristine L. Seufert*

Date:  10/11/2024          BY: _____
*Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-CV-1797

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Med-1**
was received by me on *(date)* **10/11/2024**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **VICTORIA THOMPSON**, who is designated by law to accept service of process on behalf of *(name of organization)* **Med-1** on *(date)* **10/22/2024** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **10/22/2024**

*Server's signature*

**BETTY J. BEACH**
*Printed name and title*

**1820 PARK LN**
**RICHMOND, IN 47374**
*Server's address*

Additional information regarding attempted service, etc: