UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHEAUNDRA GRAVES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:24-cv-01797-TWP-MKK ) |
| MED-1 SOLUTIONS, LLC, | ) ) |
| Defendant. | ) |

## ENTRY AND ORDER FROM TELEPHONIC STATUS CONFERENCE

The Parties, by counsel, appeared for a telephonic status conference on April 14, 2025, with the Magistrate Judge. The Parties discussed the status of discovery and readiness for a settlement conference.

This matter is set for a telephonic status conference on **July 21, 2025, at 1:30 p.m. (Eastern)**, with Magistrate Judge M. Kendra Klump. The Court will contact counsel by separate email through the Court's electronic filing system with the call-in information to be used to participate in the conference.

The conference concluded without further order.

Date: 4/14/2025

_M. Kendra Klump_
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.