UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHEAUNDRA GRAVES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:24-cv-01797-TWP-MKK |
| ) | |
| MED-1 SOLUTIONS, LLC an Indiana Limited ) | |
| Liability Company, ) | |
| ) | |
| Defendant. ) | |

## SCHEDULING ORDER

Having approved the Case Management Plan, the Court hereby sets the final pretrial conference on <u>May 20, 2026 at 10:00 a.m.</u> in Room 330, and the jury trial to begin on <u>June 15, 2026 at 9:00 a.m.</u> in Courtroom 344, Birch Bayh Federal Building and United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana. The final pretrial conference is for attorneys only. At the final pretrial conference, Counsel shall be prepared to discuss the status of the action, including all matters requiring completion prior to trial. Counsel shall review the Court's Courtroom Procedures and Trial Practice.

**IT IS SO ORDERED.**

Date:  4/17/2025

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Nicholas Moline
MED-1 SOLUTIONS, LLC
nicholas.moline@med1solutions.com

David J. Philipps
Philipps & Philipps, Ltd
davephilipps@aol.com

Mary E. Philipps
Philipps & Philipps, Ltd.
mephilipps@aol.com

Angie K. Robertson
Philipps & Philipps, Ltd.
angie@philippslegal.com