UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SHEAUNDRA GRAVES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:24-cv-01797-TWP-MKK |
| ) | |
| MED-1 SOLUTIONS, LLC, ) | |
| ) | |
| Defendant. ) | |

## ENTRY AND ORDER FROM TELEPHONIC STATUS CONFERENCE

On July 21, 2025, the Parties, by counsel, appeared for a telephonic status conference with the Magistrate Judge. The Parties discussed the status of discovery and readiness for a settlement conference.

This matter is set for a telephonic status conference on **November 21, 2025, at 12:30 p.m. (Eastern)**, with Magistrate Judge M. Kendra Klump. The Court will contact counsel by separate email through the Court's electronic filing system with the call-in information to be used to participate in the conference.

The conference concluded without further order.

Date: 7/23/2025

_____
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.