**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| Sheaundra Graves, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   1:24-cv-1797-TWP-MKK |
| | ) | |
| Med-1 Solutions, LLC, an Indiana | ) | |
| limited liability company, | ) | |
| | ) | |
| Defendant. | ) | |

### <u>ORDER</u>

This matter coming to be heard on the parties' Joint Motion to Vacate and Re-Set Trial Dates, the Court being duly advised in the premises:

It Is Hereby Ordered That:   The pre-trial conference date of May 20, 2026 and trial date of June 15, 2026 are hereby **vacated**. This action is **rescheduled** for a final pretrial conference on <u>October 21, 2026 at 9:00 a.m.</u> in Room 330, and the jury trial to begin on <u>November 16, 2026 at 9:00 a.m.</u> in Courtroom 344, Birch Bayh Federal Building and United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana.

Date: 2/20/2026

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF