UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SHEAUNDRA GRAVES,<br><br>Plaintiff,<br><br>v.<br><br>MED-1 SOLUTIONS, LLC an Indiana Limited Liability Company,<br><br>Defendant. | ) | No. 1:24-cv-01797-TWP-MKK |

**ORDER RESCHEDULING DATES**

This matter is scheduled for a final pretrial conference on October 21, 2026 and jury trial on November 16, 2026. Due to congestion of the Court's calendar, the Court must RESET the final pretrial conference and jury trial in this matter. The October 21, 2026 final pretrial conference and November 16, 2026 jury trial dates are **VACATED**. This matter is RESET for a final pretrial conference on **Wednesday, February 10, 2027 at 11:00 a.m.** in Courtroom 330, Birch Bayh Federal Building and U.S. Courthouse, Indianapolis, Indiana and jury trial on **Monday, March 8, 2027 at 9:00 a.m.** in Courtroom 344, Birch Bayh Federal Building and United States Courthouse, Indianapolis, Indiana.

The parties have made their two-week filings as per the Case Management Plan, including filing proposed final jury instructions. (*See* Filings No. 69 and 75). However, as per the Court's Courtroom Practices and Procedures (Filing No. 23), the parties are ordered to confer and file a ***joint*** set of final jury instructions. To the extent that the parties cannot agree on particular instructions, they must nevertheless file a joint set of instructions. The Court encourages the parties to reach agreement wherever possible.

A single document comprising all proposed instructions should be filed. The document should contain the proposed instruction, plaintiff's objection (if any), defendant's objection (if any), and then the next instruction. Additionally, the parties are to confer and submit a joint issue instruction which will be included in the Court's preliminary instructions.

The parties are also directed to confer and file joint verdict forms. The verdict forms may be in a separate document from the instructions.

The filing of the joint set of final jury instructions and verdict forms must occur no later than **January 27, 2027**. These documents should be filed in CM/ECF, with a copy of the document in Word emailed to the Courtroom Deputy Clerk. Any questions should be addressed to the Courtroom Deputy Clerk.

**IT IS SO ORDERED.**

Date: October 8, 2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Allissa Aardema
Paganelli Law Group
aardema@paganelligroup.com

Nicholas Levi
Paganelli Law Group
nlevi@paganelligroup.com

Nicholas Moline
MED-1 SOLUTIONS, LLC
nicholas.moline@med1solutions.com

Mary E. Philipps
Philipps & Philipps, Ltd.
mephilipps@aol.com

David J. Philipps
Philipps & Philipps, Ltd
davephilipps@aol.com

Angie K. Robertson
Philipps & Philipps, Ltd.
angie@philippslegal.com

John Thomas Steinkamp
JOHN STEINKAMP & ASSOCIATES
John@johnsteinkampandassociates.com